JET/wgs:  July 2018
Grand Jury No. 35

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
|            ) | |
|     **v.**      ) | CASE NO. _____ |
|            ) | |
| **CHARLES KING, III**,     ) | |
|    also known as      ) | |
|    *Charles King*       ) | |

## INDICTMENT

**COUNT ONE** : [**18 U.S.C. § 922(g)(1)**]

The Grand Jury charges that:

On or about the 3rd day of January, 2018, in Jefferson County, within the Northern District of Alabama, the defendant,

**CHARLES KING, III**,
    also known as
    *Charles King*,

after having been convicted on November 12, 2001, in the Superior Court of Cobb County, Georgia, of the offense of **Violation of the Georgia Controlled**

**Substance Act**, in case no. 2001-124188-CR; and after having been convicted on March 4, 2002, in the Superior Court of Cobb County, Georgia, of the offense of **Violation of the Georgia Controlled Substance Act (3 counts)**, in case no. 2002-26371-CR; and after having been convicted on October 4, 2006, in the Superior Court of Cobb County, Georgia, of the offense of **Violation of the Georgia Controlled Substance Act**, in case no. 2006-134797-CR; and after having been convicted on March 23, 2009, in the District Court of Jefferson County, Alabama, of the offenses of **Unlawful Possession of Marijuana, First Degree**, and **Unlawful Possession of a Controlled Substance**, in case nos. DC09-2137 and DC09-2138, respectively; and after having been convicted on December 2, 2009, in the Superior Court of Fulton County, Georgia, of the offenses of **Possession of Cocaine, Possession of Marijuana with Intent to Distribute, Possession of a Firearm During the Commission of a Felony, and Possession of a Firearm by a Convicted Felon**, in case no. 09SC82960; and after having been convicted on December 21, 2011, in the Superior Court of Gwinnett County, Georgia, of the offenses of **Violation of the Georgia Controlled Substance Act and Possession of Cocaine**, in case no. 11-B-2343-10; and after having been convicted on December 19, 2012, in the Superior Court of Dekalb County, Georgia, of the offense of **Possession of Marijuana with Intent to Distribute**, in case no.

12CR3209; and after having being convicted on March 30, 2015, in the Superior Court of Dekalb County, Georgia, of the offense of **Pimping For Person Under 18**, in case no. 13CR3000, each of the said offenses being a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, two Taurus 9mm pistols, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*/s/ Electronic Signature*

FOREMAN OF THE GRAND JURY

JAY E. TOWN
United States Attorney

*/s/ Electronic Signature*

WILLIAM G. SIMPSON
Assistant United States Attorney