IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:18-cr-0317-AKK |
| | ) |
| CHARLES KING, III, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has for consideration Defendant's Consolidated Motion to Dismiss and Motion Suppress, doc. 19. The magistrate judge filed a report recommending that the court deny Defendant's combined motions, *see* doc. 26, and the Defendant has timely objected, *see* doc. 27. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and her recommendation is **ACCEPTED**. It is therefore **ORDERED** that Defendant's Combined Motion to Dismiss and Motion to Suppress, doc. 19, is **DENIED.**

Done this the <u>8th</u> day of January 2019.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE